**MEMO ENDORSED**

# JON L. NORINSBERG
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
www.norinsberglaw.com

Bronx Office
5938 Fieldston Road
Bronx, New York 10471

Tel. (212) 791-5396
Fax (212) 406-6890
Email: diego@norinsberglaw.com

Jon L. Norinsberg
Bennitta L. Joseph

John J. Meehan
Diego O. Barros

November 27, 2019

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> *Re: Lebron v. Mrzyglod, et al.*
> *Docket No. 14CV10290(KMK)(JCM)*

Dear Judge Karas:

This firm represents plaintiff Angel D. Lebron, Jr. in the above-referenced civil rights action brought pursuant to 42 U.S.C. § 1983. We write now to respectfully request an adjournment of the status conference currently scheduled for December 10, 2019, to some date after January 10, 2020. Defense counsel Neil, Shevlin, Esq., consents to this request.

The reason for this request is that our firm has just recently taken over as plaintiff's *pro bono* trial counsel, and we need sufficient time to become fully familiar with the facts and discovery in the instant matter. Toward this end, plaintiff has requested a copy of all previously produced discovery, which counsel for defendants has graciously agreed to provide subject to a confidentiality agreement. This adjournment will allow the parties to enter into a confidentiality agreement and afford plaintiff's counsel sufficient time to review the anticipated discovery production.

Further, the undersigned will be out of the country on vacation for the next 10 days, returning to the office on December 9, 2019.

Based on the foregoing, plaintiff respectfully requests an adjournment of the status conference currently scheduled for December 10, 2019, to some date after January 10, 2020.

I thank the Court for consideration of this request.

Sincerely,

Diego O. Barros, Esq.

cc: Neil Shelvin, Esq.
*Counsel for defendants.*

Granted.
The conference is moved to 1/13/20, at 10:30.

So Ordered.

KMK
12/2/19