# JON L. NORINSBERG, ESQ., PLLC

ATTO...
110 EA...
S...
NEW YORK...
www.n...

White Plains Office
777 Westchester Avenue
Suite 101
White Plains, NY 10604

Jon L. Norinsberg
_____

John J. Meehan
Diego O. Barros

May 1...

**VIA ECF**
Hon. Philip M. Halpern
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> The time for the parties to file the items described in Rule 6(B) of this Court's Individual Practices is extended to May 21, 2021. No further extensions will be granted.
>
> The restriction pertaining to "[p]ersons who have been released from a federal, state or local jail, prison or other correctional institution" in the Sixth Amended Standing Order does not apply to Plaintiff, as he has not been "released."
>
> The parties are reminded to use the full case docket number in every filing in this matter.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 155.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 14, 2021

    Re:    *Lebron v. Mrzyglod, et al.*
            Docket No. ~~14-Civ. 1029 (PMH) (JCM)~~  14-CV-10290 (PMH) (JCM)

Dear Judge Halpern:

      This firm represents plaintiff Angel D. Lebron, Jr. in the above-referenced civil rights action brought pursuant to 42 U.S.C. § 1983. I write now jointly with Assistant Attorney General Neil Shelvin, Esq., to respectfully request a brief one (1) week extension for the parties to file their pretrial submissions.

      The reason for the request is twofold. First, the parties simply need more time to complete the pretrial filings. The undersigned has an opposition on a motion to dismiss due tomorrow, May 15, 2021, in the matter of <u>Valentin v. Ameream, LLC. et. al.</u>, 152798/2020 (Sup. Ct. N.Y. Co.). Counsel is mindful of the Court's schedule, and apologizes to the Court for the need to belatedly ask for an extension, but is nonetheless hopeful that the Court will entertain this application.

      Further, counsel must ascertain whether the plaintiff has been vaccinated, or if not, whether he will be two (2) weeks prior to the June 14 potential trial date. Pursuant to the Sixth Amended Standing Order, the following are prohibited from entering the courthouse:

> Persons who have been released from a federal, state or local jail, prison or other
> correctional institution within the last 14 days, except those who are reporting to be
> fit with a location monitoring device. Please note that this restriction does not apply
> to those who achieved full vaccination* at least 14 days prior to release.

1

Counsel is unsure whether plaintiff has been vaccinated, and there will be a turnaround of at least a few days in order to set up a legal call to the Elmira Correctional facility. If plaintiff has not been vaccinated, this would present a challenge for his attendance.

Based on the forgoing, the parties respectfully request a brief one (1) week extension for the parties to file their pretrial submissions and to ascertain the vaccination status of the plaintiff.

We thank the Court for consideration of this request.

Sincerely,

_____
John J. Meehan, Esq.

cc: Neil Shelvin, Esq.
*Counsel for defendants*
(Via ECF)