UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL D. LEBRON, JR.,

<table>
<tr><td>Plaintiff,</td><td><strong>TRIAL ORDER</strong></td></tr>
<tr><td>-against-</td><td>14 Civ. 10290 (JCM)</td></tr>
</table>

SGT. MICHAEL F. MRZYGLOD, *et al.*,

                               Defendants.
------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on October 27, 2021.  Trial shall proceed immediately following the completion of jury selection.

2. Any motions *in limine* shall be filed by September 22, 2021.

3. Responses to motions *in limine* must be filed by September 29, 2021.

4. Final Pre-Trial Conference will be held on October 15, 2021 at 10:00 a.m. in Courtroom 421.

      The aforementioned papers shall be filed with the Clerk of the Court.  Counsel shall simultaneously provide courtesy copies to Chambers.  Counsel shall also provide the Court with courtesy copies of all exhibits in both electronic and hard-copy formats, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.

Dated:  September 13, 2021
       White Plains, New York

                             **SO ORDERED:**

                                    _Judith C. McCarthy_
                                JUDITH C. McCARTHY
                                United States Magistrate Judge